# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00452-CV

**Roya Gessel, Appellant**

**v.**

**Jesse Gessel, Appellee**

## FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-FM-18-001790, THE HONORABLE JAMES L. ARTH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Roya Gessel seeks to appeal a final decree of divorce signed by the district court on November 20, 2018. The thirty-day deadline for filing her notice of appeal to this Court was December 20, 2018. *See* Tex. R. App. P. 26.2(a)(1). However, she did not file her notice of appeal to this Court until July 9, 2019, and she did not seek an extension of time to file it. *See id.* R. 26.3. Without a timely filed notice of appeal, we lack jurisdiction over the appeal. *See id.* R. 25.1(b); *Gardner v. Gardner*, No. 01-17-00525-CV, 2017 Tex. App. LEXIS 7606, at *2 (Tex. App.—Houston [1st Dist.] Aug. 10, 2017, no pet.) (mem. op.) (dismissing untimely appeal of divorce decree).

On August 12, 2019, this Court requested that appellant Gessel file a written response demonstrating our jurisdiction over her appeal. *See* Tex. R. App. P. 42.3(a). She did not file any response. Accordingly, we dismiss this appeal for want of jurisdiction. *See id.*

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed for Want of Jurisdiction

Filed: August 27, 2019